14454

WARREN v. PEEPLES *ET AL.*

(190 S. E., 740)

July, 1936.

*Mr. J. W. Manuel,* for appellant,

*Mr. Randolph Murdaugh,* for respondent, Herbert C. Peeples.

*Messrs. J. C. Lemacks* and *M. P. Howell,* for respondent, Hamilton Ridge Realty Corp.,

March 17, 1937.

The opinion of the Court was delivered by Mr. Justice Baker.

The order of Judge Johnson is satisfactory to the Court. Let this order be reported as the opinion of the Court.

Affirmed.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES CARTER, BONHAM and FISHBURNE concur.